# EASTERN DISTRICT OF LOUISIANA

**MAG. Number:** 21-60 (Complaint)/Warrant from Other District

**Defendant:** Javan Bailey

**Violation:** Sexual Exploitation of Children
18 USC 2251a

**U.S. Attorney:** Jordan Ginsberg (Kim Lapara)

**Date Assigned:** 5/27/2021

**Interpreter Needed?**   Yes   (No)

**Sealed?**   Yes   (No)

**Court Date and Time:** _____

**Before Magistrate Judge:** _____