MINUTE ENTRY
VAN MEERVELD, M.J.
JUNE 14, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-60 |
| JAVAN BAILEY | SECTION: MAG |

A detention hearing was set this date before U.S. Magistrate Judge Janis van Meerveld.

PRESENT BY VIDEO:   Jordan Ginsberg, Asst. U.S. Attorney
Warner Thompson, Counsel for Defendant
Javan Bailey, Defendant
Amy Lapointe, U.S. Probation Officer

Mr. Thompson requested a continuance for reasons stated on the record. There was no objection by the Government.

**IT IS ORDERED** that the detention hearing is **CONTINUED** to June 21, 2021 at 2:00 p.m. by video before the Duty Magistrate.

JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00: 02