


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA **FELONY**

**INDICTMENT FOR SEXUAL EXPLOITATION OF CHILDREN, TRANSMITTING INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT, AND NOTICE OF FORFEITURE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-106** |
| **v.** | * | **SECTION: SECT. J MAG. 5** |
| **JAVAN DAMERIL BAILEY** | * | **VIOLATIONS: 18 U.S.C. § 875(d)** |
| | | **18 U.S.C. § 981(a)(1)(C)** |
| | * | **18 U.S.C. § 2251(a)** |
| | | **18 U.S.C. § 2251(e)** |
| | * | **18 U.S.C. § 2253** |
| | | **28 U.S.C. § 24561(c)** |

* * *

The Grand Jury charges that:

**COUNT ONE – SEXUAL EXPLOITATION OF CHILDREN**

Beginning at a time unknown, but not later than February 5, 2021, and continuing until on or about February 6, 2021, in the Eastern District of Louisiana, and elsewhere, the defendant, **JAVAN DAMERIL BAILEY**, did knowingly employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce, a minor, namely **Victim 1**, an eleven (11)-year-old female, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign

X Fee USA
Process
X Dktd
CtRmDep
Doc. No.

commerce and in and affecting interstate and foreign commerce and using materials that have been mailed, shipped, and transported in an affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT TWO – INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT**

Beginning at a time unknown, but not later than February 5, 2021, and continuing until on or about February 6, 2021, in the Eastern District of Louisiana and elsewhere, the defendant, **JAVAN DAMERIL BAILEY**, knowingly and with intent to extort a thing of value, namely sexually explicit depictions, from Victim 1, did transmit in interstate and foreign commerce from Cleveland, Ohio, to New Orleans, Louisiana, a communication, to wit: text messages and messages sent via social media, to Victim 1, and the communication contained a threat to injure the property and reputation of the Victim 1, specifically, threats to "expose" Victim 1 bv transmitting to individuals, including family members of Victim 1, sexually explicit depictions of Victim 1 that the defendant obtained previously.

All in violation of Title 18, United States Code, Section 875(d).

**NOTICE OF FORFEITURE**

1. The allegations of Counts 1 and 2 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America

2. As a result of the offenses alleged in Counts 1 and 2, the defendant, **JAVAN BAILEY**, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 2253(a)(2), any visual depiction as defined above; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said offense; and any property, real or

personal, used or intended to be used to commit or to promote the commission of said offense, and any property traceable to such property, including but not limited to the following:

> Apple iPhone XR, model: A1984, bearing serial number G0PXTD9ZKXKN, IMEI: 35068100765239, MSISDN: 1-216-622-5837;
>
> One (1) account affiliated with Account ID dabratt_89 at social media service Snapchat;
>
> One (1) account affiliated with Account ID prettygirl_123: screen name: Black Mamba at social media service Telegram;
>
> One (1) account affiliated with Account ID daabratt4shortt at social media service Triller;
>
> One (1) account affiliated with Account ID daabratt4shorttt at social media service Dubsmash;
>
> One (1) account affiliated with Account ID 216-622-5837 at social media service TikTok; and
>
> One (1) Apple iCloud account affiliated with Apple IDs Javaon82901@iCloud.com and JavanBailey19@iCloud.com.

3. If any of the above-described property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

The United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

DUANE A. EVANS
UNITED STATES ATTORNEY

JORDAN GINSBERG
Assistant United States Attorney
Illinois Bar No. 6282956

New Orleans, Louisiana
August 13, 2021

FORM OBD-34

*No.*________________

**UNITED STATES DISTRICT COURT**

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

**JAVAN DAMERIL BAILEY**

## INDICTMENT

**INDICTMENT FOR SEXUAL EXPLOITATION OF CHILDREN, TRANSMITTING INTERSTATE COMMUNICATIONS WITH INTENT TO EXTORT, AND NOTICE OF FORFEITURE**

**VIOLATIONS:**
**18 U.S.C. § 875(d)**
**18 U.S.C. § 981(a)(1)(C)**
**18 U.S.C. § 2251(a)**
**18 U.S.C. § 2251(e)**
**18 U.S.C. § 2253**
**28 U.S.C. § 24561(c)**



*A true bill.*

*Filed in open court this* ________ *day of* ________ *A.D. 2021.*

________________
*Clerk*

*Bail, $* ________________

**JORDAN GINSBERG**
**Assistant United States Attorney**