## Attachment B

1. One (1) Apple iPhone XR, model: A1984, bearing serial number G0PXTD9ZKXKN, IMEI: 35068100765239, MSISDN: 1-216-622-5837;

2. One (1) account affiliated with Account ID dabratt_89 at social media service Snapchat;

3. One (1) account affiliated with Account ID daabratt4shortt at social media service Triller;

4. One (1) account affiliated with Account ID daabratt4shorttt at social media service Dubsmash;

5. One (1) account affiliated with Account ID 216-622-5837 at social media service TikTok; and

6. One (1) Apple iCloud account affiliated with Apple IDs Javaon82901@iCloud.com and JavanBailey19@iCloud.com.

7

AUSA ⎯⎯
Defendant ⎯⎯
Defense Counsel ⎯⎯